JAMES J. EGAN, Respondent, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.

(Supreme Court, Appellate Term, July, 1910.)

Municipal courts — Procedure — Submission of controversy.
Submission of controversy — Requisites — Sufficiency and effect of submission — Affidavits — Necessity for upon agreement as to certain facts at trial.

> The Municipal Court of the city of New York is without jurisdiction to render a judgment on a stipulation signed by the attorneys for the parties, containing a so-called statement of facts, after issue joined upon verified pleadings.

APPEAL by the defendant from a judgment in favor of the plaintiff, rendered in the Municipal Court of the city of New York, ninth district, borough of Manhattan.

Archibald R. Watson (Theodore Connoly and Charles McIntyre, of counsel), for appellant.

Nathan B. Chadsey, for respondent.

*Per Curiam.* The attorneys for the respective parties herein, after issue was joined by the filing of verified pleadings, signed a stipulation embodying a so-called "statement of facts" and submitted the case thus made to the court below for decision, and from a judgment rendered in favor of the plaintiff the defendant appeals.

The court below was wholly without jurisdiction to render judgment under such circumstances. Section 241 of the Municipal Court Act provides for a submission of a controversy upon an agreed statement of facts; but such statement must be accompanied by an affidavit of one or more of the parties showing that such controversy is a real one, and no such affidavit is furnished in the case at bar. Lax v. Fourteenth Street Store, 49 Misc. Rep. 627; Weinstein v. Douglas, 51 id. 559; Neustaedter v. Weiner, 108 N. Y. Supp. 650.

Present: Seabury, Guy and Bijur, JJ.

Judgment reversed, without costs, and new trial ordered.